IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ERIC MICHAEL CHILDS,** ) | **Civil Action No. 7:12-cv-00241** | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **SOUTHWEST VIRGINIA REGIONAL** ) | By: | Hon. Michael F. Urbanski |
| **JAIL AUTHORITY, ABINGDON** ) | | United States District Judge |
| **FACILITY,** ) | | |
| Defendant. ) | | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: June 4, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge